■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SHAWN PETERSON, Appellant. [727 NYS2d 624] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Angiolillo, J.), rendered November 4, 1999, convicting him of criminal contempt in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631).

Assigned counsel's contention relating to supplemental *pro se* briefs is not properly before this Court on direct appeal (*see, People v Garcia,* 282 AD2d 757; *People v Perez,* 279 AD2d 640, lv denied 96 NY2d 786). Bracken, P. J., Friedmann, Florio, H. Miller and Townes, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS REID, Appellant. [727 NYS2d 623] —Appeal by the defendant from a judgment of the Supreme Court, Westchester County (Angiolillo, J.), rendered March 29, 2000, convicting him of burglary in the first degree, aggravated criminal contempt, criminal contempt in the first degree, and assault in the third degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Viewing the evidence in the light most favorable to the prosecution (*see, People v Contes,* 60 NY2d 620), we find that it was legally sufficient to establish the defendant's guilt beyond a reasonable doubt. Moreover, upon the exercise of our factual review power, we are satisfied that the verdict of guilt was not against the weight of the evidence (*see,* CPL 470.15 [5]).

The defendant's remaining contentions are either unpreserved for appellate review or without merit. Ritter, J. P., Florio, H. Miller and Crane, JJ., concur.